# EXHIBIT A



**Midland Credit Management®**   00003178

350 Camino De La Reina
Suite 100
San Diego, CA 92108



**ATTORNEY REVIEW PLANNED**

11/8/2023

Pre-Legal Department
MidlandCredit.com
Ph: 877-735-3150
Mon-Fri: 8am - Midnight ET
Sat-Sun: 8am - 7:30pm ET

Elizabeth Roque
457 Shoal Cir
Lawrenceville, GA 30046-3187

152

### IMPORTANT NOTICE - PLEASE READ CAREFULLY
### FAILURE TO REPLY WILL RESULT IN ATTORNEY REVIEW

RE: CELTIC BANK INDIGO
Reference MCM Account Number: 318650497
Current Owner: Midland Credit Management, Inc.

Dear Elizabeth,

This is a demand for full payment of $767.16. Please login to your account at MidlandCredit.com and pay, or call our Pre-Legal department at 877-735-3150 by 12/8/2023 to resolve this account. If you do not reply, we plan on sending your account to an attorney in the state of Georgia.

### What will an attorney do?

We intend to have a lawsuit filed against you. Before a lawsuit can be filed, an attorney must review your account. If the attorney determines there is cause for a suit, they will:

- Commence a lawsuit in a local court
- Serve a copy of the lawsuit personally on you, which could be done by a process server, a sheriff, or other means
- Seek to obtain a judgment

### How could a judgment impact you?

If we receive a judgment, you may be responsible for court costs and post-judgment interest charges. In addition, we may choose to attempt the following post-judgment remedies:

- Obtain a lien against your qualifying property to the extent permitted under state and local law
- Garnish your wages or bank account(s)
- Obtain information about your assets, which could be done by a notice request, deposition, or a subpoena to appear in court

### What are my options?

We want to help you resolve this matter voluntarily. With flexible payment options tailored to your needs, we will work to avoid sending your account to an attorney. Pay today online at MidlandCredit.com or call 877-735-3150 today to discuss what options are available.

Sincerely,
Tim Bolin, Division Manager

PS. Your prompt attention is necessary to avoid the possibility of attorney review. Pay online at MidlandCredit.com or call 877-735-3150 by 12/8/2023.

*We are not obligated to renew any offers provided*