# EXHIBIT B

**From:** Elizabeth Negron <rubylilly22@live.com>
**Sent:** Friday, February 9, 2024 3:26 PM
**To:** payments@payments.aph-law.com <payments@payments.aph-law.com>
**Subject:** Re: Hi Elizabeth, nice to meet you

You emailing me is making me nervous and anxious and I do not know who you are or if this is a scam. Please cease communicating with me at once!

---

**From:** APH Law Group Payments <payments@payments.aph-law.com>
**Sent:** Friday, February 9, 2024 2:33 PM
**To:** Elizabeth Negron <RUBYLILLY22@LIVE.COM>
**Subject:** Hi Elizabeth, nice to meet you


ALDRIDGE PITE HAAN

**We're here to help you.**

This firm represents Midland Credit Management, Inc.. You have an outstanding balance of $1,215.67. This balance originated from your account with THE BANK OF MISSOURI. This original account number ends in 551.

Elizabeth,

You may be able to resolve this matter with a repayment plan. Email us at payments@aph-law.com to work with an agent to help put this matter behind you. You can also reach us via telephone at (800) 844-0045. Our hours of operation are Monday - Friday 8AM ET - 6PM ET.

Act today

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.
You may unsubscribe from collections-related email messages from APH Law by clicking here.