# EXHIBIT C

**From:** APH Law Group Payments <payments@payments.aph-law.com>
**Sent:** Monday, February 12, 2024 8:28 AM
**To:** Elizabeth Negron <RUBYLILLY22@LIVE.COM>
**Subject:** A message about your account



**Your current balance is $1,215.67.**

This firm represents Midland Credit Management, Inc.. You have an outstanding balance of $1,215.67. This balance originated from your account with THE BANK OF MISSOURI. This original account number ends in 551.

Elizabeth,

Save time by negotiating repayment terms via email with our office now. Email us at payments@aph-law.com. Our hours of operation are Monday - Friday 8AM ET - 6PM ET. Our telephone number is (800) 844-0045.

Please provide your APH file number 24-04231, so we can assist you faster.

You can also click the link below to get started.

Act today

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

You may unsubscribe from collections-related email messages from APH Law by clicking here.

Hours of Operation: Monday - Friday 8AM ET - 6PM ET
Phone Number: (800) 844-0045