# EXHIBIT D

**From:** APH Law Group Payments <payments@payments.aph-law.com>
**Sent:** Wednesday, February 14, 2024 10:59 AM
**To:** Elizabeth Negron <RUBYLILLY22@LIVE.COM>
**Subject:** Account notification



A|P|H LLP
ALDRIDGE PITE HAAN

**Please resolve your balance soon.**

This firm represents Midland Credit Management, Inc.. You have an outstanding balance of $1,215.67. This balance originated from your account with THE BANK OF MISSOURI. This original account number ends in 551.

Elizabeth,

Our hours of operation are Monday - Friday 8AM ET - 6PM ET. Please have your file number 24-04231 handy when calling, so we can assist you faster.

You can also click the link below to get started.

Act today

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.
You may unsubscribe from collections-related email messages from APH Law by clicking here.
Hours of Operation: Monday - Friday 8AM ET - 6PM ET
Phone Number: (800) 844-0045